UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
MERIAL LIMITED and MERIAL S.A.S.,  :
:  Case No. 3:11-cv-00157-CDL
Plaintiffs,  :
:
v.  :
:
VELCERA, INC. and FIDOPHARM, INC.,  :
:
Defendants.  :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## STIPULATION TO WITHDRAW PLAINTIFFS' MOTION
## FOR PRELIMINARY INJUNCTION

IT IS HEREBY STIPULATED between the parties, by their undersigned counsel, as follows:

1. The parties to the above captioned proceeding have voluntarily settled their disputes related to the preliminary injunction motion pending in this action.

2. The parties jointly request that Merial's pending motion for preliminary injunction (Dkt. 10) be withdrawn with prejudice and so reflected in the Court's docket.

3. The parties agree that the Court shall retain jurisdiction over any dispute arising from or relating to the agreement entered into by the parties on December 12, 2011 which resolved the preliminary injunction motion.

Dated: December 12, 2011

STIPULATED TO BY:

*Of counsel:*

DEBEVOISE & PLIMPTON LLP
Bruce P. Keller*
David H. Bernstein*
919 Third Avenue
New York, New York 10022
Tel: (212) 909-6000
Fax: (212) 521-7696

Michael S. French, Esq.
(mfrench@wargofrench.com)
Georgia Bar No. 276680
WARGO & FRENCH LLP
999 Peachtree Street, NE, 26th Floor
Atlanta, GA 30309
Tel: (404) 853-1500
Fax: (404) 853-1501

\*  Admitted pro hac vice

*Counsel for Defendants
Velcera, Inc. and FidoPharm, Inc.*

Judy Jarecki-Black, Ph. D., Esq.
(judy.jarecki@merial.com)
Georgia Bar No. 801698
MERIAL LIMITED
3239 Satellite Blvd.
Duluth, GA 30096-4640
Tel: (678) 638-3805
Fax: (678) 638-3350

J. Patrick Elsevier, Ph. D., Esq.
(jpelsevier@jonesday.com)
Georgia Bar No. 246694
JONES DAY
12265 El Camino Real
Suite 200
San Diego, CA 92130-4096
Tel: (858) 314-1200
Fax: (858) 314-1150

/s/ Thomas F. Gristina
Thomas F. Gristina

PAGE, SCRANTOM, SPROUSE,
TUCKER & FORD, P.C.
William H. Tucker, Esq.
(wlt@psstf.com)
Georgia Bar No. 718050
James C. Clark
(jcc@psstf.com)
Georgia Bar No. 127145
Thomas F. Gristina
(tfg@psstf.com)
Georgia Bar No. 452454
Synovus Centre
1111 Bay Avenue, 3rd Floor
Columbus, GA 31901
Tel.: (706) 324-0251
Fax: (706) 596-9992

/s/ Edward D. Tolley
Edward D. Tolley

COOK, NOELL, TOLLEY & BATES LLP
Edward D. Tolley, Esq.
(etolley@mindspring.com)
Georgia Bar No. 714300
William H. Tucker, Esq.
304 East Washington Street
P.O. Box 1927
Athens, GA 30603-1927
Tel: (706) 549-6111
Fax: (706) 548-0956

                                              Frank G. Smith, III, Esq.
                                              (frank.smith@alston.com)
                                              Georgia Bar No. 657550
                                              Jason D. Rosenberg, Esq.
                                              (jason.rosenberg@alston.com)
                                              Georgia Bar No. 510855
                                              Kathryn W. Bina, Esq.
                                              (kitty.bina@alston.com)
                                              Georgia Bar No. 956052
                                              Matthew W. Howell, Esq.
                                              (matthew.howell@alston.com)
                                              Georgia Bar No. 607080
                                              ALSTON & BIRD LLP
                                              One Atlantic Center
                                              1201 West Peachtree Street
                                              Atlanta, GA 30309-3424
                                              Tel:  (404) 881-7000
                                              Fax:  (404) 881-7777

*Counsel for Plaintiffs*
*Merial Limited and Merial S.A.S..*