UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| MERIAL LIMITED and MERIAL S.A.S<br><br>Plaintiffs,<br><br>v.<br><br>VELCERA, INC. and FIDOPHARM, INC.<br><br>Defendants. | Case No. 3:11-cv-00157-CDL |

**PLAINTIFFS' MOTION TO DISMISS
DEFENDANTS' COUNTERCLAIMS WITH PREJUDICE**

Pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, and for the reasons set forth in the accompanying Memorandum of Law, filed concurrently herewith, Plaintiffs Merial Limited and Merial S.A.S. (collectively, "Merial") respectfully move this Court to dismiss the Counterclaims of Defendants Velcera, Inc. and FidoPharm, Inc. with prejudice.

LEGAL02/33036634v1

Respectfully submitted, this 4th day of January 2012.

                                                <u>s/Edward D. Tolley</u>

| | |
|---|---|
| Judy Jarecki-Black, Ph.D. | Edward D. Tolley, Esq. |
| (judy.jarecki@merial.com) | (etolley@mindspring.com) |
| Georgia Bar No. 801698 | Georgia Bar No. 714300 |
| MERIAL LIMITED | COOK, NOELL, TOLLEY & BATES LLP |
| 3239 Satellite Blvd. | 304 East Washington Street |
| Duluth, Georgia  30096-4640 | P.O. Box 1927 |
| Tel.: (678) 638-3805 | Athens, GA 30603-1927 |
| Fax: (678) 638-3350 | Tel.: (706) 549-6111 |
| | Fax: (706) 548-0956 |
| | |
| J. Patrick Elsevier, Ph. D. | Frank G. Smith, III |
| (jpelsevier@jonesday.com) | (frank.smith@alston.com) |
| Georgia Bar No. 246694 | Georgia Bar No. 657550 |
| JONES DAY | Jason D. Rosenberg |
| 12265 El Camino Real | (jason.rosenberg@alston.com) |
| Suite 200 | Georgia Bar No. 510855 |
| San Diego, California 92130-4096 | Kathryn W. Bina |
| Tel.: (858) 314-1200 | (kitty.bina@alston.com) |
| Fax.: (858) 314-1150 | Georgia Bar No. 956052 |
| | Matthew W. Howell |
| | (matthew.howell@alston.com) |
| | Georgia Bar No. 607080 |
| | ALSTON & BIRD LLP |
| | One Atlantic Center |
| | 1201 West Peachtree Street |
| | Atlanta, Georgia 30309-3424 |
| | Tel.: (404) 881-7000 |
| | Fax: (404) 881-7777 |

*Counsel for Plaintiffs Merial Limited and Merial SAS*

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| MERIAL LIMITED and MERIAL SAS<br><br>Plaintiffs,<br><br>v.<br><br>VELCERA, INC. and FIDOPHARM, INC.<br><br>Defendants | Civil Case No. 3:11-cv-00157-CDL |

**CERTIFICATE OF SERVICE**

I hereby certify that I have this date filed the foregoing MERIAL'S MOTION TO DISMISS DEFENDANTS' COUNTERCLAIMS WITH PREJUDICE, via the Court's CM/ECF system, which will automatically give notice to all counsel of record.

This 4th day of January, 2012.

s/Edward D. Tolley
Edward D. Tolley, Esq.
Georgia Bar No. 714300
COOK, NOELL, TOLLEY & BATES LLP
304 East Washington Street
P.O. Box 1927
Athens, GA 30603-1927
Tel.: (706) 549-6111
Fax: (706) 548-0956
etolley@mindspring.com

3