

# Page Scrantom Sprouse Tucker Ford
ATTORNEYS & COUNSELLORS AT LAW

A Professional Corporation

ALSO ADMITTED IN VIRGINIA
AND THE DISTRICT OF COLUMBIA

**THOMAS F. GRISTINA**
DIRECT (706) 243-5616
FAX (706) 596-9992
EMAIL tfg@psstf.com

January 13, 2012

**By CM/ECF**

Holly R. McCarra, Arbitration Clerk
United States District Court
Middle District of Georgia
Post Office Box 128
Macon, Georgia 31201-0128

      Re:    *Merial Limited, et al. v. Velcera, Inc., et al.*
               Civil Action No.: 3:11-cv-157 (CDL)
               U.S. District Court, Middle District of Georgia, Athens Division

Dear Ms. McCarra:

      This is to advise that Defendants respectfully opt out of arbitration in the above-captioned matter.

      Thank you for your time and consideration.

                              Sincerely,

                              PAGE, SCRANTOM, SPROUSE,
                              TUCKER & FORD, P.C.

                              By: _____
                                  Thomas F. Gristina

cc (via CM/ECF):
      Counsel of Record

*Since 1904*

Synovus Centre | 1111 Bay Avenue, Third Floor | Columbus, Georgia 31901 | P.O. Box 1199 | Columbus, Georgia 31902
706.324.0251 Telephone | 706.323.7519 Fax | www.columbusgalaw.com