# ALSTON&BIRD LLP

One Atlantic Center
1201 West Peachtree Street
Atlanta, GA  30309-3424

404-881-7000
Fax: 404-253-8560
www.alston.com

**Kathryn Bina**   **Direct Dial: 404-881-7960**   **Email: kitty.bina@alston.com**

January 15, 2012

VIA CM/ECF

Holly R. McCarra
Arbitration Clerk
United States District Court
Middle District of Georgia
P.O. Box 128
Macon, Georgia 31201-0128

      Re:    *Merial Limited, et al v. Velcera, Inc., et al*
                Civil Action no. 3:11-cv-00157-CDL
                U.S. District Court, Middle District of Georgia, Athens Division

Dear Ms. McCarra:

      Pursuant to Local Rule 16.2.4(a), please be advised that Plaintiffs Merial Limited and Merial S.A.S. opt out from arbitration in the above-referenced case.  Thank you.

                            Sincerely,

                            /s/ Kathryn W. Bina

                            Kathryn W. Bina

cc: Counsel of Record (via CM/ECF)