**--IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION**

| | |
|---|---|
| MERIAL LIMITED and MERIAL S.A.S. <br><br> Plaintiffs, <br><br> v. <br><br><br> VELCERA, INC. and FIDOPHARM, INC., <br><br> Defendants. | Civil Action No. 3:11-cv-00157-CDL |

## NOTICE OF APPEARANCE

Michael S. French of the law firm of Wargo & French LLP, 999 Peachtree Street, NE, 26th Floor, Atlanta, Georgia 30309, hereby notifies the Clerk of Court and the parties in this matter of his appearance on behalf of Defendants Velcera, Inc. and FidoPharm, Inc. and Counterclaim Plaintiffs Velcera, Inc. and FidoPharm, Inc. in the above-referenced case.

Respectfully submitted this 1st day of February 2012.

/s/ Michael S. French
Wargo & French LLP
Joseph D. Wargo
Georgia Bar No. 738764
Michael S. French
Georgia Bar No. 276680

1

999 Peachtree Street, N.E.,
26th Floor
Atlanta, Georgia 30309
(404) 853-1500
(404) 853-1501 (facsimile)
jwargo@wargofrench.com

*Counsel for Defendants and
Counter Claim Plaintiffs
Velcera, Inc. and Fidopharm,
Inc.*

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION**

MERIAL LIMITED and
MERIAL S.A.S.

      Plaintiffs,

v.

                                      Civil Action No. 3:11-cv-00157-CDL

VELCERA, INC. and
FIDOPHARM, INC.,

      Defendants.

## CERTIFICATE OF SERVICE

      This is to certify that I have on this day filed electronically via CM/ECF a true and correct copy of the foregoing **NOTICE OF APPEARANCE** in the United States District Court for the Middle District of Georgia and, therefore, have served all the parties (c/o the following counsel of record) in this case in accordance with the directives from the Court Notice of Electronic Filing ("NEF") which was generated as a result of the electronic filing:

[continued on the next page]

3

Judy Jarecki-Black, Ph.D.
MERIAL LIMITED
3239 Satellite Blvd.
Duluth, GA 30096-4640
Tel.: 678.638.3805
Fax: 678.638.3350
judy.jarecki@merial.com

Edward D. Tolley, Esq.
COOK NOELL TOLLEY & BATES LLP
Georgia Bar No. 714300
304 East Washington Street
Athens, GA 30601
Tel.: 706.549.6111
Fax: 706.548.0956
etolley@mindspring.com

J. Patrick Elsevier, Ph.D.
JONES DAY
12265 El Camino Real, Suite 200
San Diego, CA 92130
Tel.: (858) 314-1200
Fax: (858) 314-1150
jpelsevier@jonesday.com

Frank G. Smith, III
Jason D. Rosenberg
Kitty Bina
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424
Tel.: (404) 881-7000
Fax: (404) 881-7777
frank.smith@alston.com
jason.rosenberg@alston.com
kitty.bina@alston.com

This 1st day of February 2012.

 /s/ Michael S. French
Michael S. French