IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| MERIAL LIMITED and<br>MERIAL S.A.S.,<br><br>  Plaintiffs and Counterclaim-Defendants,<br><br>v.<br><br>VELCERA, INC. and FIDOPHARM, INC.,<br><br>  Defendants and Counterclaim-Plaintiffs. | Case No. 3:11-cv-00157-CDL |

**DEFENDANTS AND COUNTERCLAIM-PLAINTIFFS' NOTICE OF INTENT
TO RESPOND TO EMERGENCY MOTION TO AMEND SCHEDULING
ORDER AS TO EXPERT REPORT DEADLINES**

Velcera, Inc. and Fidopharm, Inc. (collectively, "Velcera") respectfully wish to advise the Court of their intent to respond to the March 7, 2012, Emergency Motion To Amend Scheduling Order As To Expert Report Deadlines [Doc. No. 34] filed by Merial Limited and Merial S.A.S. (collectively, "Merial"). Merial's so-called emergency motion inaccurately portrays Velcera's positions as to Merial's requested discovery extension and the status of discovery as it relates to the need to enter an appropriate protective order. Velcera's response will also include a motion to extend the overall discovery schedule to accommodate for the extension Merial is seeking. This is not horse-trading as Merial suggests, but simply Velcera's effort to ensure that it has fair and adequate time for discovery. Nor has Velcera been an impediment to the progress of discovery. Velcera has consistently acted in good faith to move this case, including, but not limited to, its entirely reasonable response to Merial's requested extension.

Velcera intends to file its response no later than tomorrow, March 9, 2012. As Merial is aware, Velcera's lead counsel is out of town on vacation. Lead counsel is travelling today and will be back in the office tomorrow.

Respectfully submitted, this 8th day of March, 2012.

                                            PAGE, SCRANTOM, SPROUSE,
                                            TUCKER & FORD, P.C.

                                            By: /s/ Thomas F. Gristina
                                                  William L. Tucker
                                                  (wlt@psstf.com)
                                                  Georgia Bar No. 718050
                                                  James C. Clark, Jr.
                                                  (jcc@psstf.com)
                                                  Georgia Bar No. 127145
                                                  Thomas F. Gristina
                                                  (tfg@psstf.com)
                                                  Georgia Bar No. 452454
                                                  Synovus Centre
                                                  1111 Bay Avenue, 3rd Floor
                                                  Columbus, GA 31901
                                                  Tel.: (706) 324-0251
                                                  Fax: (706) 596-9992

| | |
|---|---|
| Joseph D. Wargo | Bruce P. Keller* |
| (jwargo@wargofrench.com) | (bpkeller@debevoise.com) |
| Georgia Bar No. 355045 | David H. Bernstein* |
| Michael S. French | (dhbernstein@debevoise.com) |
| (mfrench@wargofrench.com) | DEBEVOISE & PLIMPTON LLP |
| WARGO & FRENCH LLP | 919 Third Avenue |
| Georgia Bar No. 276680 | New York, New York 10022 |
| 999 Peachtree Street, NE, 26th Floor | Tel: (212) 909-6000 |
| Atlanta, GA 30309 | Fax: (212) 521-7696 |
| Tel: (404) 853-1500 | *    Admitted pro hac vice |
| Fax: (404) 853-1501 | |

*Counsel for Defendants*
*and Counterclaim-Plaintiffs*
*Velcera, Inc. and FidoPharm, Inc.*

2

## CERTIFICATE OF SERVICE

I do hereby certify that I am counsel for Defendants and Counterclaim-Plaintiffs and that on this date, I filed the foregoing document, DEFENDANTS' AND COUNTERCLAIM-PLAINTIFFS' NOTICE OF INTENT TO RESPOND TO EMERGENCY MOTION TO AMEND SCHEDULING ORDER AS TO EXPERT REPORT DEADLINES, using the CM/ECF system, which will automatically send notification of such filing

| | |
|---|---|
| Frank G. Smith, III<br>Jason D. Rosenberg<br>Kitty Bina<br>ALSTON & BIRD LLP<br>1201 West Peachtree Street<br>Atlanta, GA 30309-3424<br>Tel.: (404) 881-7000<br>Fax: (404) 881-7777<br>frank.smith@alston.com<br>jason.rosenberg@alston.com<br>kitty.bina@alston.com | Judy Jarecki-Black, Ph.D.<br>MERIAL LIMITED<br>3239 Satellite Blvd.<br>Duluth, GA 30096-4640<br>Tel.: 678.638.3805<br>Fax: 678.638.3350<br>judy.jarecki@merial.com |
| Edward D. Tolley, Esq.<br>COOK NOELL TOLLEY & BATES LLP<br>Georgia Bar No. 714300<br>304 East Washington Street<br>Athens, GA 30601<br>Tel.: 706.549.6111<br>Fax: 706.548.0956<br>etolley@mindspring.com | J. Patrick Elsevier, Ph.D.<br>JONES DAY<br>12265 El Camino Real, Suite 200<br>San Diego, CA 92130<br>Tel.: (858) 314-1200<br>Fax: (858) 314-1150<br>jpelsevier@jonesday.com |

This 8th day of March, 2012.

/s/Thomas F. Gristina
Counsel for Defendants and Counterclaim-Plaintiffs