IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| MERIAL LIMITED and MERIAL S.A.S., <br><br> Plaintiffs and Counterclaim-Defendants, <br><br> v. <br><br> VELCERA, INC. and FIDOPHARM, INC., <br><br> Defendants and Counterclaim-Plaintiffs. | Case No. 3:11-cv-00157-CDL |

**DEFENDANTS AND COUNTERCLAIM-PLAINTIFFS' NOTICE OF INTENT TO RESPOND TO EMERGENCY MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND THINGS**

Velcera, Inc. and Fidopharm, Inc. (collectively, "Velcera") respectfully wish to advise the Court of their intent to respond to the March 21, 2012 Emergency Motion to Compel Production of Documents and Things [Doc. No. 38] filed by Merial Limited and Merial S.A.S. (collectively, "Merial").[1] Merial's "emergency" motion is nothing more than a motion to compel which is otherwise improper and premature.

Merial has failed and refused to meet and confer as required by Fed. R. Civ. P. 37 and Local Rule 37 prior to the filing of the motion. **Two days prior to Merial filing the motion** counsel for Velcera offered to meet and confer as contemplated by Rule 37 and discuss Velcera's document production with counsel for Merial. (See Exhibit A to Merial's motion, p. 3). In fact Velcera proposed Thursday March 22, 2012 as a suitable and immediate date for the parties to

---

[1] This is the second so-called "emergency" motion filed by Merial in this case.

come together in an effort to resolve all discovery issues. (See Exhibit A, p. 3) It is the intent of Velcera to resolve all discovery issues if possible and not unnecessarily waste the court's time with matters that should be resolved amongst the parties.[2]

Velcera intends to file its response to Merial's motion no later than 15 days from the filing of the motion, or April 5, 2012. Velcera's local counsel Thomas Gristina is scheduled to be out of the country beginning March 21, 2012 through March 27, 2012 creating the additional need to have until April 5, 2012 to respond in the event the parties are not able to resolve the issues. Of course, should the court order an earlier response time Velcera will comply as best it can.

---

[2] Velcera points out that it understands and appreciates the courts reluctance to become involved in discovery disputes and desires to have a meaningful dialogue with counsel for Merial in order to address any discovery matters and would like to seek Court involvement as a last resort.

Respectfully submitted, this 21th day of March, 2012.

                                                PAGE, SCRANTOM, SPROUSE,
                                                TUCKER & FORD, P.C.

                                                By:/s/ James C. Clark, Jr.
                                                     William L. Tucker
                                                     (wlt@psstf.com)
                                                     Georgia Bar No. 718050
                                                     James C. Clark, Jr.
                                                     (jcc@psstf.com)
                                                     Georgia Bar No. 127145
                                                     Thomas F. Gristina
                                                     (tfg@psstf.com)
                                                     Georgia Bar No. 452454
                                                     Synovus Centre
                                                     1111 Bay Avenue, 3rd Floor
                                                     Columbus, GA 31901
                                                     Tel.:  (706) 324-0251
                                                     Fax:  (706) 596-9992

| | |
|---|---|
| Joseph D. Wargo | Bruce P. Keller* |
| (jwargo@wargofrench.com) | (bpkeller@debevoise.com) |
| Georgia Bar No. 355045 | David H. Bernstein* |
| Michael S. French | (dhbernstein@debevoise.com) |
| (mfrench@wargofrench.com) | DEBEVOISE & PLIMPTON LLP |
| WARGO & FRENCH LLP | 919 Third Avenue |
| Georgia Bar No. 276680 | New York, New York 10022 |
| 999 Peachtree Street, NE, 26th Floor | Tel:  (212) 909-6000 |
| Atlanta, GA 30309 | Fax:  (212) 521-7696 |
| Tel:  (404) 853-1500 | *	Admitted pro hac vice |
| Fax:  (404) 853-1501 | |

*Counsel for Defendants*
*and Counterclaim-Plaintiffs*
*Velcera, Inc. and FidoPharm, Inc.*

## CERTIFICATE OF SERVICE

I do hereby certify that I am counsel for Defendants and Counterclaim-Plaintiffs and that on this date, I filed the foregoing document, DEFENDANTS' AND COUNTERCLAIM-PLAINTIFFS' NOTICE OF INTENT TO RESPOND TO EMERGENCY MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND THINGS, using the CM/ECF system, which will automatically send notification of such filing

| | |
|---|---|
| Frank G. Smith, III<br>Jason D. Rosenberg<br>Kitty Bina<br>ALSTON & BIRD LLP<br>1201 West Peachtree Street<br>Atlanta, GA 30309-3424<br>Tel.: (404) 881-7000<br>Fax: (404) 881-7777<br>frank.smith@alston.com<br>jason.rosenberg@alston.com<br>kitty.bina@alston.com | Judy Jarecki-Black, Ph.D.<br>MERIAL LIMITED<br>3239 Satellite Blvd.<br>Duluth, GA 30096-4640<br>Tel.: 678.638.3805<br>Fax: 678.638.3350<br>judy.jarecki@merial.com |
| Edward D. Tolley, Esq.<br>COOK NOELL TOLLEY & BATES LLP<br>Georgia Bar No. 714300<br>304 East Washington Street<br>Athens, GA 30601<br>Tel.: 706.549.6111<br>Fax: 706.548.0956<br>etolley@mindspring.com | J. Patrick Elsevier, Ph.D.<br>JONES DAY<br>12265 El Camino Real, Suite 200<br>San Diego, CA 92130<br>Tel.: (858) 314-1200<br>Fax: (858) 314-1150<br>jpelsevier@jonesday.com |

This 21[th] day of March, 2012.

/s/James C. Clark, Jr.
Counsel for Defendants and Counterclaim-Plaintiffs