AO 88B (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| Merial Limited and Merial S.A.S. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 3:11-cv-00157-CDL |
| Velcera, Inc. and Fidopharm, Inc. | ) | (If the action is pending in another district, state where: |
| *Defendant* | ) | Middle District of Georgia ) |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: ColemanBrandworx New York, LLC, 35 East 21st Street, New York, NY 10010
C/O its Registered Agent: Corporation Service Company; 2711 Centerville Road, Suite 400; Wilmington, Delaware 19808

☒ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material: See Attachment A

| Place: Alston & Bird LLP c/o Natalie Clayton, Esq. 90 Park Avenue, New York, NY 10016 | Date and Time: On or before Monday, Mar. 26, 2012 at 5pm EDT |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date: 03/12/2012

*CLERK OF COURT*

OR

_____     _____
Signature of Clerk or Deputy Clerk        Attorney's signature

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* Merial Limited and Merial S.A.S., who issues or requests this subpoena, are:
Jason D. Rosenberg
Alston & Bird LLP; 1201 West Peachtree Street; Atlanta, Georgia 30309

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 3:11-cv-00157-CDL

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* ColemanBrandworx New York, LLC
was received by me on *(date)* 03/12/2012 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Paul Mathews-Litigation Management @ 4:27p.m. , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
Corporation Service Company on *(date)* 03/12/2012 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 03/13/2012

*Server's signature*

John A. Garber
*Printed name and title*

230 North Market Street
Wilmington, DE 19801
*Server's address*

Additional information regarding attempted service, etc: