**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF GEORGIA**
**ATHENS DIVISION**

| | |
|---|---|
| MERIAL LIMITED and MERIAL S.A.S<br><br>  Plaintiffs and Counterclaim-Defendants,<br><br>v.<br><br>VELCERA, INC. and FIDOPHARM, INC.<br><br>  Defendants and Counterclaim-Plaintiffs. | Case No. 3:11-cv-00157-CDL |

**MERIAL'S CONSENT MOTION TO EXTEND DEADLINES**
**TO SUBMIT EXPERT REPORTS**

Pursuant to Federal Rule of Civil Procedure 16, Plaintiffs Merial Limited and Merial S.A.S. (collectively, "Merial") move this Court, with the consent of Defendants Velcera, Inc. and FidoPharm, Inc. (collectively, "Velcera") to amend the scheduling order in this case to allow for additional time to submit expert reports.

In a March 13, 2012 Order, the Court amended the Scheduling/Discovery Order (Dkt. 30) in this case, setting a deadline of April 12, 2012 for burden of proof expert reports, a deadline of May 14, 2012 for non-burden of proof expert reports, and June 15, 2012 for rebuttal expert reports.  On March 27, Velcera informed Merial that Velcera, due to both attorney and client scheduling conflicts, would not be able to produce a witness to testify on the financial issues in the case until, at the earliest, April 17, 2012, a date after the deadline for Merial's burden of proof expert reports.  The parties have since confirmed that the deposition will take place on that date.

Given that Merial's damages experts require testimony from Velcera in order to formulate their opinions and draft their report in this case, Merial has good cause for its request for a short extension of the deadline to serve burden of proof expert reports.[1]  Fed. R. Civ. P. 16(b)(4).  Velcera has consented to this extension provided a brief extension is similarly granted for it to serve its non-burden of proof expert reports.

Merial, with the express consent of Velcera, therefore requests that (1) the deadline for burden of proof expert reports be extended until **April 27, 2012** and (2) the deadline for non-burden of proof expert reports be extended until **May 21, 2012**.[2]

## CONCLUSION

In conclusion, Merial requests that the Court grant its Consent Motion and amend the Scheduling/Discovery Order as set forth above.

---

[1] Velcera's counsel has informed Merial that it will not be serving any burden of proof expert reports.

[2] The parties agree that the current June 15, 2012 deadline for rebuttal expert reports, and the discovery close date of July 17, 2012, do not need to be changed.

Respectfully submitted, this 29th day of March, 2012.

/s/ Kathryn W. Bina

| | |
|---|---|
| Judy Jarecki-Black, Ph.D., Esq. | Edward D. Tolley, Esq. |
| (judy.jarecki@merial.com) | (etolley@mindspring.com) |
| Georgia Bar No. 801698 | Georgia Bar No. 714300 |
| MERIAL LIMITED | COOK NOELL TOLLEY & BATES LLP |
| 3239 Satellite Blvd. | 304 East Washington Street |
| Duluth, Georgia 30096-4640 | P.O. Box 1927 |
| Tel.: (678) 638-3805 | Athens, GA 30603-1927 |
| Fax: (678) 638-3350 | Tel.: (706) 549-6111 |
| | Fax: (706) 548-0956 |
| J. Patrick Elsevier, Ph. D., Esq. | Frank G. Smith, III, Esq. |
| (jpelsevier@jonesday.com) | (frank.smith@alston.com) |
| Georgia Bar No. 246694 | Georgia Bar No. 657550 |
| JONES DAY | Jason D. Rosenberg, Esq. |
| 12265 El Camino Real | (Jason.rosenberg@alston.com) |
| Suite 200 | Georgia Bar No. 510855 |
| San Diego, California 92130-4096 | Kathryn W. Bina, Esq. |
| Tel.: (858) 314-1200 | (kitty.bina@alston.com) |
| Fax.: (858) 314-1150 | Georgia Bar No. 956052 |
| | Matthew W. Howell, Esq. |
| | (matthew.howell@alston.com) |
| | ALSTON & BIRD LLP |
| | One Atlantic Center |
| | 1201 West Peachtree Street |
| | Atlanta, Georgia 30309-3424 |
| | Tel.: (404) 881-7000 |
| | Fax: (404) 881-7777 |

*Counsel for Plaintiffs Merial Limited and Merial SAS*

3

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| MERIAL LIMITED and MERIAL SAS<br><br>  Plaintiffs and Counterclaim-Defendants,<br><br>v.<br><br>VELCERA, INC. and FIDOPHARM, INC.<br><br>  Defendants and Counterclaim-Plaintiffs. | Civil Case No. 3:11-cv-00157-CDL |

## CERTIFICATE OF SERVICE

I hereby certify that I have this date filed the foregoing CONSENT MOTION TO EXTEND DEADLINES TO SUBMIT EXPERT REPORTS, via the Court's CM/ECF system, which will automatically give notice to all counsel of record.

This 29th day of March, 2012.

                                                      */s/* Kathryn W. Bina

                                                      Kathryn W. Bina