IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| MERIAL LIMITED and MERIAL S.A.S.,<br><br>Plaintiffs and Counterclaim-Defendants,<br><br>v.<br><br>VELCERA, INC. and FIDOPHARM, INC.,<br><br>Defendants and Counterclaim-Plaintiffs. | Case No. 3:11-cv-00157-CDL |

### DEFENDANTS' CONSENT MOTION TO EXTEND TIME TO RESPOND TO PLAINTIFFS' EMERGENCY MOTION TO COMPEL

Defendants Counterclaim-Plaintiffs Velcera, Inc. and Fidopharm, Inc. (collectively "Velcera") move the Court, with the consent of Plaintiffs-Counterclaim Defendants Merial Limited and Merial S.A.S. (collectively "Merial") to extend the time to respond to Merial's Emergency Motion to Compel Production of Documents and Things (Doc. 38), respectfully showing the Court the following:

1.

Merial filed an Emergency Motion to Compel Production of Documents and Things (Doc. 38) on March 21, 2012. On April 4, 2012, the parties agreed, pending the Court's approval, to extend the time for Velcera to respond to Merial's Emergency Motion through April 13, 2012, to allow for further discussion among counsel concerning discovery matters and further document production, in hopes that certain discovery issues can be resolved among the parties. Velcera and Merial accordingly both request that the Court extend Velcera's deadline

for responding to Merial's Emergency Motion to Compel (Doc. 38) through and including April 13, 2012. Counsel for Merial has consented to and approved the filing of this Consent Motion.

Respectfully submitted, this 4th day of April, 2012.

                            PAGE, SCRANTOM, SPROUSE,
                            TUCKER & FORD, P.C.

                            By:    /s/ James C. Clark, Jr.
                                     William L. Tucker
                                     (wlt@psstf.com)
                                     Georgia Bar No. 718050
                                     James C. Clark, Jr.
                                     (jcc@psstf.com)
                                     Georgia Bar No. 127145
                                     Thomas F. Gristina
                                     (tfg@psstf.com)
                                     Georgia Bar No. 452454
                                     Synovus Centre
                                     1111 Bay Avenue, 3rd Floor
                                     Columbus, GA 31901
                                     Tel.: (706) 324-0251
                                     Fax: (706) 596-9992

| | |
|---|---|
| Joseph D. Wargo<br>(jwargo@wargofrench.com)<br>Georgia Bar No. 355045<br>Michael S. French<br>(mfrench@wargofrench.com)<br>WARGO & FRENCH LLP<br>Georgia Bar No. 276680<br>999 Peachtree Street, NE, 26th Floor<br>Atlanta, GA 30309<br>Tel: (404) 853-1500<br>Fax: (404) 853-1501<br><br>*Counsel for Defendants<br>and Counterclaim-Plaintiffs<br>Velcera, Inc. and FidoPharm, Inc.* | Bruce P. Keller*<br>(bpkeller@debevoise.com)<br>David H. Bernstein*<br>(dhbernstein@debevoise.com)<br>DEBEVOISE & PLIMPTON LLP<br>919 Third Avenue<br>New York, New York 10022<br>Tel: (212) 909-6000<br>Fax: (212) 521-7696<br>\*     Admitted pro hac vice |

## CERTIFICATE OF SERVICE

I do hereby certify that I am counsel for Defendants and Counterclaim-Plaintiffs and that on this date, I filed the foregoing document, DEFENDANTS' CONSENT MOTION TO EXTEND TIME TO RESPOND TO EMERGENCY MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND THINGS, using the CM/ECF system, which will automatically send notification of such filing

| | |
|---|---|
| Frank G. Smith, III<br>Jason D. Rosenberg<br>Kitty Bina<br>ALSTON & BIRD LLP<br>1201 West Peachtree Street<br>Atlanta, GA 30309-3424<br>Tel.: (404) 881-7000<br>Fax: (404) 881-7777<br>frank.smith@alston.com<br>jason.rosenberg@alston.com<br>kitty.bina@alston.com | Judy Jarecki-Black, Ph.D.<br>MERIAL LIMITED<br>3239 Satellite Blvd.<br>Duluth, GA 30096-4640<br>Tel.: 678.638.3805<br>Fax: 678.638.3350<br>judy.jarecki@merial.com |
| Edward D. Tolley, Esq.<br>COOK NOELL TOLLEY & BATES LLP<br>Georgia Bar No. 714300<br>304 East Washington Street<br>Athens, GA 30601<br>Tel.: 706.549.6111<br>Fax: 706.548.0956<br>etolley@mindspring.com | J. Patrick Elsevier, Ph.D.<br>JONES DAY<br>12265 El Camino Real, Suite 200<br>San Diego, CA 92130<br>Tel.: (858) 314-1200<br>Fax: (858) 314-1150<br>jpelsevier@jonesday.com |

This 4th day of April, 2012.

/s/James C. Clark, Jr.
Counsel for Defendants and Counterclaim-Plaintiffs