UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| MERIAL LIMITED and MERIAL S.A.S<br><br>  Plaintiffs and Counterclaim-Defendants,<br><br>v.<br><br>VELCERA, INC. and FIDOPHARM, INC.<br><br>  Defendants and Counterclaim-Plaintiffs. | Case No. 3:11-cv-00157-CDL |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that, pursuant to LCR 83.1.3, Matthew W. Howell (Georgia Bar No. 607080) of Alston & Bird LLP, 1201 West Peachtree Street, Atlanta, Georgia 30309-3424, hereby enters his appearance as counsel of record for Merial Limited and Merial SAS, in the above-captioned proceeding.

Respectfully submitted, this 9th day of April, 2012.

|  |  |
|---|---|
|  | */s/ Matthew W. Howell* |
| Judy Jarecki-Black, Ph.D., Esq. | Edward D. Tolley, Esq. |
| (judy.jarecki@merial.com) | (etolley@mindspring.com) |
| Georgia Bar No. 801698 | Georgia Bar No. 714300 |
| MERIAL LIMITED | COOK NOELL TOLLEY & BATES LLP |
| 3239 Satellite Blvd. | 304 East Washington Street |
| Duluth, Georgia  30096-4640 | P.O. Box 1927 |
| Tel.: (678) 638-3805 | Athens, GA 30603-1927 |
| Fax: (678) 638-3350 | Tel.: (706) 549-6111 |
|  | Fax: (706) 548-0956 |

J. Patrick Elsevier, Ph. D., Esq.
(jpelsevier@jonesday.com)
Georgia Bar No. 246694
JONES DAY
12265 El Camino Real
Suite 200
San Diego, California 92130-4096
Tel.: (858) 314-1200
Fax.: (858) 314-1150

Frank G. Smith, III, Esq.
(frank.smith@alston.com)
Georgia Bar No. 657550
Jason D. Rosenberg, Esq.
(Jason.rosenberg@alston.com)
Georgia Bar No. 510855
Matthew W. Howell, Esq.
(matthew.howell@alston.com)
Georgia Bar No. 607080
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Tel.: (404) 881-7000
Fax: (404) 881-7777

*Counsel for Plaintiffs Merial Limited and Merial SAS*

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF GEORGIA
# ATHENS DIVISION

| | |
|---|---|
| MERIAL LIMITED and MERIAL SAS<br><br>　Plaintiffs and Counterclaim-Defendants,<br><br>v.<br><br>VELCERA, INC. and FIDOPHARM, INC.<br><br>　Defendants and Counterclaim-Plaintiffs. | Civil Case No. 3:11-cv-00157-CDL |

## CERTIFICATE OF SERVICE

I hereby certify that I have this date filed the foregoing NOTICE OF APPEARANCE via the Court's CM/ECF system, which will automatically give notice to all counsel of record.

This 9th day of April, 2012.

　　　　　　　　　　　　　　　　　　s/*Matthew W. Howell*
　　　　　　　　　　　　　　　　　　Matthew W. Howell