

# Page Scrantom Sprouse Tucker Ford
ATTORNEYS & COUNSELLORS AT LAW

A Professional Corporation

ALSO ADMITTED IN VIRGINIA
AND THE DISTRICT OF COLUMBIA

THOMAS F. GRISTINA
DIRECT (706) 243-5616
FAX (706) 596-9992
EMAIL tfg@psstf.com

April 12, 2012

**BY CM/ECF**

Ms. Gail Sellers
Deputy Clerk of Court
United States District Court
For The Middle District Of Georgia
U.S. Post Office and Courthouse
115 E. Hancock Avenue
Athens, Georgia  30601

      Re:    *Merial Limited, et al. v. Velcera, Inc. et al., Case No. 3:11-cv-00157-CDL*

Dear Ms. Sellers:

Pursuant to Local Rule 6.2, Defendants Velcera, Inc. and FidoPharm, Inc. respectfully request a fourteen (14) day extension of time to file their response to Plaintiffs Merial Limited and Merial SAS's Motion For Protective Order To Stay Discovery On Velcera's Counterclaims And To Quash Subpoenas. (Doc. No. 41). The current deadline is April 16, 2012. The new deadline would be April 30, 2012.

Your assistance is much appreciated.

Sincerely,

PAGE, SCRANTOM, SPROUSE,
TUCKER & FORD, P.C.

By: _____
Thomas F. Gristina

cc (via CM/ECF):
    Counsel of Record

*S i n c e   1 9 0 4*

Synovus Centre  |  1111 Bay Avenue, Third Floor  |  Columbus, Georgia 31901  |  P.O. Box 1199  |  Columbus, Georgia 31902
706.324.0251 Telephone  |  706.323.7519 Fax  |  www.columbusgalaw.com