IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| MERIAL LIMITED and MERIAL S.A.S. <br><br> Plaintiffs, <br><br> v. <br><br> VELCERA, INC. and FIDOPHARM, INC., <br><br> Defendants. | Civil Action No. 3:11-cv-00157-CDL |

**NOTICE OF APPEARANCE**

Michael Wolak, III of the law firm of Wargo & French LLP, 999 Peachtree Street, NE, 26th Floor, Atlanta, Georgia 30309, hereby notifies the Clerk of Court and the parties in this matter of her appearance on behalf of Defendants Velcera, Inc. and FidoPharm, Inc. and Counterclaim Plaintiffs Velcera, Inc. and FidoPharm, Inc. in the above-referenced case.

Respectfully submitted this 13th day of April 2012.

    /s/ Michael Wolak
Wargo & French LLP
Joseph D. Wargo
Georgia Bar No. 738764
Michael Wolak, III
Georgia Bar No. 773197

1

999 Peachtree Street, N.E.,
26th Floor
Atlanta, Georgia 30309
(404) 853-1500
(404) 853-1501 (facsimile)
mwolak@wargofrench.com

*Counsel for Defendants and Counter Claim Plaintiffs Velcera, Inc. and Fidopharm, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| MERIAL LIMITED and MERIAL S.A.S.<br><br>Plaintiffs,<br><br>v.<br><br><br>VELCERA, INC. and FIDOPHARM, INC.,<br><br>Defendants. | Civil Action No. 3:11-cv-00157-CDL |

## CERTIFICATE OF SERVICE

This is to certify that I have on this day filed electronically via CM/ECF a true and correct copy of the foregoing **NOTICE OF APPEARANCE** in the United States District Court for the Middle District of Georgia and, therefore, have served all the parties (c/o the following counsel of record) in this case in accordance with the directives from the Court Notice of Electronic Filing ("NEF") which was generated as a result of the electronic filing:

[continued on the next page]

| | |
|---|---|
| Judy Jarecki-Black, Ph.D.<br>MERIAL LIMITED<br>3239 Satellite Blvd.<br>Duluth, GA 30096-4640<br>Tel.: 678.638.3805<br>Fax: 678.638.3350<br>judy.jarecki@merial.com | Edward D. Tolley, Esq.<br>COOK NOELL TOLLEY & BATES LLP<br>Georgia Bar No. 714300<br>304 East Washington Street<br>Athens, GA 30601<br>Tel.: 706.549.6111<br>Fax: 706.548.0956<br>etolley@mindspring.com |
| J. Patrick Elsevier, Ph.D.<br>JONES DAY<br>12265 El Camino Real, Suite 200<br>San Diego, CA 92130<br>Tel.: (858) 314-1200<br>Fax: (858) 314-1150<br>jpelsevier@jonesday.com | Frank G. Smith, III<br>Jason D. Rosenberg<br>Kitty Bina<br>ALSTON & BIRD LLP<br>1201 West Peachtree Street<br>Atlanta, GA 30309-3424<br>Tel.: (404) 881-7000<br>Fax: (404) 881-7777<br>frank.smith@alston.com<br>jason.rosenberg@alston.com<br>kitty.bina@alston.com |

This 13th day of April 2012.

/s/ Michael Wolak
Michael Wolak, III