UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| MERIAL LIMITED and MERIAL S.A.S<br><br>   Plaintiffs and Counterclaim-Defendants,<br><br>v.<br><br>VELCERA, INC. and FIDOPHARM, INC.<br><br>   Defendants and Counterclaim-Plaintiffs. | Case No. 3:11-cv-00157-CDL |

## MOTION TO WITHDRAW APPEARANCE

COME NOW Plaintiffs Merial Limited and Merial SAS ("Merial") and, pursuant to LCR 83.1.4, hereby move this Court for the withdrawal of Kathryn W. Bina as counsel of record in this matter.

Merial will continue to be represented by the remaining counsel of record at the law firms of Alston & Bird LLP, Cook Noell Tolley & Bates LLP, Jones Day, and in-house counsel for Merial.

Respectfully submitted, this 16th day of April, 2012.

|  |  |
|---|---|
|  | /s/ Kathryn W. Bina |
| Judy Jarecki-Black, Ph.D., Esq. | Edward D. Tolley, Esq. |
| (judy.jarecki@merial.com) | (etolley@mindspring.com) |
| Georgia Bar No. 801698 | Georgia Bar No. 714300 |
| MERIAL LIMITED | COOK NOELL TOLLEY & BATES LLP |
| 3239 Satellite Blvd. | 304 East Washington Street |
| Duluth, Georgia 30096-4640 | P.O. Box 1927 |
| Tel.: (678) 638-3805 | Athens, GA 30603-1927 |
| Fax: (678) 638-3350 | Tel.: (706) 549-6111 |
|  | Fax: (706) 548-0956 |

J. Patrick Elsevier, Ph. D., Esq.
(jpelsevier@jonesday.com)
Georgia Bar No. 246694
JONES DAY
12265 El Camino Real
Suite 200
San Diego, California 92130-4096
Tel.: (858) 314-1200
Fax.: (858) 314-1150

Frank G. Smith, III, Esq.
(frank.smith@alston.com)
Georgia Bar No. 657550
Jason D. Rosenberg, Esq.
(Jason.rosenberg@alston.com)
Georgia Bar No. 510855
Matthew W. Howell, Esq.
(matthew.howell@alston.com)
Georgia Bar No. 607080
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Tel.: (404) 881-7000
Fax: (404) 881-7777

*Counsel for Plaintiffs Merial Limited and Merial SAS*

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF GEORGIA
# ATHENS DIVISION

| | |
|---|---|
| MERIAL LIMITED and MERIAL SAS<br><br>  Plaintiffs and Counterclaim-Defendants,<br><br>v.<br><br>VELCERA, INC. and FIDOPHARM, INC.<br><br>  Defendants and Counterclaim-Plaintiffs. | Civil Case No. 3:11-cv-00157-CDL |

## CERTIFICATE OF SERVICE

I hereby certify that I have this date filed the foregoing MOTION TO WITHDRAW APPEARANCE via the Court's CM/ECF system, which will automatically give notice to all counsel of record.

This 16th day of April, 2012.

　　　　　　　　　　　　　　　　　　　s/*Kathryn W. Bina*
　　　　　　　　　　　　　　　　　　　Kitty Bina