**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF GEORGIA**
**ATHENS DIVISION**

| | |
|---|---|
| MERIAL LIMITED and MERIAL S.A.S, <br><br> Plaintiffs and Counterclaim-Defendants, <br><br> v. <br><br> VELCERA, INC. and FIDOPHARM, INC., <br><br> Defendants and Counterclaim-Plaintiffs. | Case No. 3:11-cv-00157-CDL |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that, pursuant to LCR 83.1.3, Nadya Munasifi Sand (Georgia Bar No. 156051) of Alston & Bird LLP, 1201 West Peachtree Street, Atlanta, Georgia 30309-3424, hereby enters her appearance as counsel of record for Merial Limited and Merial SAS, in the above-captioned proceeding.

Respectfully submitted, this 20th day of April, 2012.

| | |
|---|---|
| | */s/ Nadya M. Sand* |
| Judy Jarecki-Black, Ph.D., Esq. | Edward D. Tolley, Esq. |
| (judy.jarecki@merial.com) | (etolley@mindspring.com) |
| Georgia Bar No. 801698 | Georgia Bar No. 714300 |
| MERIAL LIMITED | COOK NOELL TOLLEY & BATES LLP |
| 3239 Satellite Blvd. | 304 East Washington Street |
| Duluth, Georgia 30096-4640 | P.O. Box 1927 |
| Tel.: (678) 638-3805 | Athens, GA 30603-1927 |
| Fax: (678) 638-3350 | Tel.: (706) 549-6111 |
| | Fax: (706) 548-0956 |

| | |
|---|---|
| J. Patrick Elsevier, Ph. D., Esq. <br> (jpelsevier@jonesday.com) <br> Georgia Bar No. 246694 <br> JONES DAY <br> 12265 El Camino Real <br> Suite 200 <br> San Diego, California 92130-4096 <br> Tel.: (858) 314-1200 <br> Fax.: (858) 314-1150 | Frank G. Smith, III, Esq. <br> (frank.smith@alston.com) <br> Georgia Bar No. 657550 <br> Jason D. Rosenberg, Esq. <br> (Jason.rosenberg@alston.com) <br> Georgia Bar No. 510855 <br> Matthew W. Howell, Esq. <br> (matthew.howell@alston.com) <br> Georgia Bar No. 607080 <br> Nadya Munasifi Sand <br> (nadya.sand@alston.com) <br> Georgia Bar No. 156051 <br> ALSTON & BIRD LLP <br> One Atlantic Center <br> 1201 West Peachtree Street <br> Atlanta, Georgia 30309-3424 <br> Tel.: (404) 881-7000 <br> Fax: (404) 881-7777 |

*Counsel for Plaintiffs Merial Limited and Merial SAS*

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF GEORGIA
# ATHENS DIVISION

| | |
|---|---|
| MERIAL LIMITED and MERIAL SAS<br><br>  Plaintiffs and Counterclaim-Defendants,<br><br>v.<br><br>VELCERA, INC. and FIDOPHARM, INC.<br><br>  Defendants and Counterclaim-Plaintiffs. | Civil Case No. 3:11-cv-00157-CDL |

## CERTIFICATE OF SERVICE

I hereby certify that I have this date filed the foregoing NOTICE OF APPEARANCE via the Court's CM/ECF system, which will automatically give notice to all counsel of record.

This 20th day of April, 2012.

/s/ Nadya M. Sand
Nadya M. Sand