## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS

**Merial Limited and Merial SAS,**

**Plaintiff(s),**

v.

**Velcera, Inc and FidoPharm, Inc,**

**Defendant(s).**

CIVIL ACTION
FILE NO.
3:11-cv-00157-CDL

## AFFIDAVIT OF SERVICE

I, Frances Foster, a private process server, after being duly sworn on oath deposes and states that he/she has been appointed by this court per attached Order (when applicable), that he/she is a citizen of the United States, over the age of eighteen (18), and has no interest in the above styled case, is not related to a party involved in the above styled case, and is not a convicted felon. Service of process was perfected according to the following details:

| SUBJECT NAME | Cranford Johnson Robinson Woods, Inc r/a Steven Allen |
|---|---|
| SERVED UPON | Steven Allen, registered agent |
| SERVICE ADDRESS | 303 W. Capitol, Capitol Center<br>Little Rock, AR  72201 |
| DATE / TIME SERVED | 4/25/2012 at 11:01 AM |
| DOCUMENTS SERVED | Subpoena |

I certify under penalty of perjury that the foregoing is true and correct.

Executed this 25 day of April, 2012

*Frances Foster*
(print below) Frances Foster

63 Ayers Ave.
Marietta, GA 30060
770-499-8588
solutions@rgpas.com,
www.rgpas.com

Sworn to and subscribed before me
this 25 day of April, 2012

Notary Public
My commission expires: