

**UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION
AT COLUMBUS, GEORGIA**

## MINUTE SHEET OF COURT PROCEEDINGS (UNCONTESTED/NON-EVIDENTIARY)

| | |
|---|---|
| Date: 7/27/2012 | Type of Hearing: Discovery Conf re: Electronically Stored Information |
| Judge: CLAY D. LAND | Court Reporter: Betsy Peterson |
| Courtroom Deputy: Pamela G. Sweeden | Interpreter: n/a |

*Case Number:*   3:11-CV-157- (CDL)

| | |
|---|---|
| Merial Limited, et al. | Counsel: Ed Tolley; Jason Rosenberg; Judy Black |
| vs. | |
| Velcera, Inc., et al. | Counsel: Jim Clark; Joe Wargo |
| Agents/experts in attendance: n/a | |

*DISCLAIMER: CONTENTS OF THIS MINUTE SHEET ARE FOR ADMINISTRATIVE PURPOSES ONLY AND ARE NOT MEANT AS A SUBSTITUTION FOR THE OFFICIAL COURT RECORD. ATTORNEYS SHOULD CONTACT THE COURT REPORTER AND ORDER A TRANSCRIPT IF THERE ARE ANY QUESTIONS AS TO THE CONTENTS HEREIN.*

*Court time for JS10/MJSTAR:*   1 hr. 5 minutes

| | |
|---|---|
| 9:30 AM | Court convened. Case was called and participants were recognized. The Court advised the parties as to the focus of the hearing. |
| 9:35 AM | The Court heard argument by Joe Wargo on behalf of Velcera. |
| 10:03 AM | The Court heard argument by Ed Tolley on behalf of Merial. |
| 10:15 AM | Rebuttal by Joe Wargo. |
| 10:30 AM | Rebuttal by Ed Tolley. |
| 10:32 AM | The Court gave ruling and advised written scheduling order to follow and written order on electronically stored information to follow. |