IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| MERIAL LIMITED and MERIAL SAS,<br><br>  Plaintiffs,<br><br> v.<br><br>VELCERA, INC. and FIDOPHARM, INC.,<br><br>  Defendants,<br><br> and<br><br>VELCERA, INC. and FIDOPHARM, INC.,<br><br>  Counterclaim-Plaintiffs,<br><br> v.<br><br>MERIAL LIMITED and MERIAL SAS,<br><br>  Counterclaim-Defendants. | Case Number 3:11-CV-157 (CDL) |

**JOINT MOTION FOR STAY PENDING SETTLEMENT**

Plaintiffs-Counterclaim Defendants Merial Limited and Merial SAS ("Merial") and Defendants-Counterclaim Plaintiffs Velcera, Inc. and FidoPharm, Inc. ("Velcera") hereby notify the Court that they have executed a settlement term sheet, and respectfully request that the Court stay this case for 14 days to allow Merial and Velcera to negotiate and execute settlement documents.

1

Dated: August 10, 2012

Respectfully submitted,

/s/ J. Patrick Elsevier, Ph.D.
J. Patrick Elsevier, Ph.D.
Ga. Bar No. 246694
(jpelsevier@jonesday.com)
JONES DAY
12265 El Camino Real
Suite 200
San Diego, CA  92130-4096
Telephone:     858.314.1161
Facsimile:      858.314.1150

Judy Jarecki-Black, Ph.D.
(judy.jarecki@merial.com)
Ga. Bar No. 801698
MERIAL LIMITED
3239 Satellite Blvd.
Duluth, GA  30096-4640
Telephone:     678.638.3805
Facsimile:      678.638.3350

Edward D. Tolley, Esq.
(etolley@mindspring.com)
Ga. Bar No. 714300
COOK NOELL TOLLEY & BATES LLP
304 East Washington Street
P.O. Box 1927
Athens, GA 30603-1927
Telephone:     706.549.6111
Facsimile:      706.548.0956

Frank G. Smith, III, Esq.
(frank.smith@alston.com)
Ga. Bar No. 657550
Jason D. Rosenberg, Esq.
(jason.rosenberg@alston.com)
Ga. Bar No. 510855
Matthew W. Howell, Esq.
(matthew.howell@alston.com)
Ga. Bar No. 607080
Nadya M. Sand, Esq.
(nadya.sand@alston.com)
Ga. Bar. No. 156051
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Telephone:     404.881.7000
Facsimile:      404.881.7777

*Counsel for Plaintiffs Merial Limited and Merial SAS*

/s/ Michael S. French, Esq.
**WARGO & FRENCH LLP**
Joseph D. Wargo & French
Georgia Bar No. 355045
(jwargo@wargofrench.com)
Michael S. French, Esq.
Georgia Bar No. 276680
mfrench@wargofrench.com
Michael Wolak III
Georgia Bar No. 773197
999 Peachtree Street, NE
26th Floor
Atlanta, Georgia 30309
(404) 853-1500

**DEBEVOISE & PLIMPTON LLP**
Bruce P. Keller*
(bpkeller@debevoise.com)
David H. Berstein*
(dhbernstein@debevoise.com)
919 Third Avenue
New York, New York 10022
Tel: (212) 909-6000
Fax: (212) 521-7696

* Admitted pro hac vice

**PAGE, SCRANTOM, SPROUSE, TUCKER & FORD, P.C.**

William L. Tucker
Ga. Bar No.: 718050
James C. Clark, Jr.
Ga. Bar No.: 127145
Thomas F. Gristina
Ga. Bar No.: 452454
1111 Bay Avenue, Third Floor
Columbus, Georgia 31901
(706) 324-0251

*Counsel for Velcera, Inc. and FidoPharm, Inc.*

3

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| MERIAL LIMITED and MERIAL SAS,<br><br>    Plaintiffs,<br><br>    v.<br><br>VELCERA, INC. and FIDOPHARM, INC.,<br><br>    Defendants,<br><br>    and<br><br>VELCERA, INC. and FIDOPHARM, INC.,<br><br>    Counterclaim-Plaintiffs,<br><br>    v.<br><br>MERIAL LIMITED and MERIAL SAS<br><br>    Counterclaim-Defendants. | Case Number 3:11-CV-157 (CDL) |

## CERTIFICATE OF SERVICE

I hereby certify that I have this date filed the foregoing JOINT MOTION FOR STAY PENDING SETTLEMENT, via the Court's CM/ECF system, which will automatically give notice to all counsel of record.

This 10th day of August, 2012.

/s/ J. Patrick Elsevier, Ph.D.<br>
J. Patrick Elsevier, Ph.D.

4