IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| MERIAL LIMITED and MERIAL SAS, | Case Number 3:11-CV-157 (CDL) |
| Plaintiffs, | |
| v. | |
| VELCERA, INC. and FIDOPHARM, INC., | |
| Defendants, | |
| and | |
| VELCERA, INC. and FIDOPHARM, INC., | |
| Counterclaim-Plaintiffs, | |
| v. | |
| MERIAL LIMITED and MERIAL SAS, | |
| Counterclaim-Defendants. | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiffs and Counterclaim Defendants Merial Limited and Merial SAS ("Merial") and Defendants and Counterclaim Plaintiffs Velcera, Inc. and FidoPharm, Inc. ("Velcera") (collectively the "Parties") by and through their attorneys, hereby stipulate and agree, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that all claims and counterclaims asserted by the Parties against each other in this action shall be and hereby are dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

Dated: September 4, 2012                                  Respectfully submitted,


Judy Jarecki-Black, Ph.D.                         /s/ J. Patrick Elsevier w/ express permission
  (judy.jarecki@merial.com)                       J. Patrick Elsevier, Ph.D.
  Ga. Bar No. 801698                                Ga. Bar No. 246694
MERIAL LIMITED                                      (jpelsevier@jonesday.com)
3239 Satellite Blvd.                              JONES DAY
Duluth, GA  30096.4640                            12265 El Camino Real
Telephone:     678.638.3805                       Suite 200
Facsimile:     678.638.3350                       San Diego, CA  92130.4096
                                                  Telephone:     858.314.1161
Frank G. Smith, III                               Facsimile:     858.314.1150
  (frank.smith@alston.com)
  Ga. Bar No. 657550
 Jason D. Rosenberg                               Edward D. Tolley
 (jason.rosenberg@alston.com)                      (etolley@mindspring.com)
  Ga. Bar No. 510855                                Ga. Bar No. 714300
Matthew W. Howell                                 COOK, NOELL, TOLLEY, BATES
  (matthew.howell@alston.com)                     & MICHAEL, LLP
  Ga. Bar No. 607080                              304 East Washington Street
Nadya M. Sand                                     P.O. Box 1927
(Nadya.sand@alston.com)                           Athens, GA 30603.1927
Ga. Bar. No. 156051                               Telephone:    706.549.6111
ALSTON & BIRD LLP                                 Facsimile:    706.548.0956
One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia 30309.3424
Telephone:     404.881.7000
Facsimile:     404.881.7777


*Counsel for Plaintiffs and Counterclaim Defendants Merial Limited and Merial SAS*

/s/ Michael S. French
**WARGO & FRENCH LLP**
Joseph D. Wargo
Georgia Bar No. 355045
(jwargo@wargofrench.com)
Michael S. French, Esq.
Georgia Bar No. 276680
mfrench@wargofrench.com
Michael Wolak III
Georgia Bar No. 773197
999 Peachtree Street, NE
26th Floor
Atlanta, Georgia 30309
(404) 853-1500

**DEBEVOISE & PLIMPTON LLP**
Bruce P. Keller*
(bpkeller@debevoise.com)
David H. Berstein*
(dhbernstein@debevoise.com)
919 Third Avenue
New York, New York 10022
Tel:  (212) 909-6000
Fax: (212) 521-7696

* Admitted pro hac vice

**PAGE, SCRANTOM, SPROUSE,
TUCKER & FORD, P.C.**

William L. Tucker
Ga. Bar No.: 718050
James C. Clark, Jr.
Ga. Bar No.: 127145
Thomas F. Gristina
Ga. Bar No.: 452454
1111 Bay Avenue, Third Floor
Columbus, Georgia 31901
(706) 324-0251

*Counsel for Defendants and Counterclaim Plaintiffs Velcera, Inc. and FidoPharm, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| MERIAL LIMITED and MERIAL SAS, <br><br>　　　　Plaintiffs, <br><br>　　v. <br><br>VELCERA, INC. and FIDOPHARM, INC., <br><br>　　　　Defendants, <br><br>　　and <br><br>VELCERA, INC. and FIDOPHARM, INC., <br><br>　　　　Counterclaim-Plaintiffs, <br><br>　　v. <br><br>MERIAL LIMITED and MERIAL SAS <br><br>　　　　Counterclaim-Defendants. | Case Number 3:11-CV-157 (CDL) |

## CERTIFICATE OF SERVICE

I hereby certify that I have this date filed the foregoing JOINT STIPULATION OF DISMISSAL WITH PREJUDICE, via the Court's CM/ECF system, which will automatically give notice to all counsel of record.

This 4th day of September, 2012.

　　　　　　　　　　　　　　　　　　　　/s/ Michael S. French
　　　　　　　　　　　　　　　　　　　　Michael S. French, Esq.