UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| MERIAL LIMITED and MERIAL SAS, <br><br>　　　　Plaintiffs, <br><br>　　v. <br><br>VELCERA, INC. and FIDOPHARM, INC., <br><br>　　　　Defendants, <br><br>　and <br><br>VELCERA, INC. and FIDOPHARM, INC., <br><br>　　　　Counterclaim-Plaintiffs, <br><br>　　v. <br><br>MERIAL LIMITED and MERIAL SAS, <br><br>　　　　Counterclaim-Defendants. | Case Number 3:11-CV-157 (CDL) |

**JOINT SETTLEMENT STATUS REPORT**

Pursuant to the Court's August 13, 2012 Order, Plaintiffs Merial Limited and Merial SAS (collectively "Merial") and Defendants Velcera, Inc. and FidoPharm, Inc. (collectively ("Velcera") hereby notify the Court as follows:

- On August 23, 2012, Merial and Velcera entered into a binding settlement agreement that resolves any and all disputes, controversies, claims, and actions between and among them that were or could have been asserted relating to this litigation as well as the other litigations pending between them in this Court. Accordingly, Merial and Velcera are filing today with the Court a Joint Motion For Dismissal With Prejudice in Civil Case No. 3:07-cv-00125-CDL, and Joint

Stipulations Of Dismissal With Prejudice in Civil Case No. 3:12-cv-00075-CDL and Civil Case No. 3:11-CV-157-CDL.

- The Parties believe that the above resolves any and all pending claims between and among them in this litigation.

Respectfully submitted this 4th day of September, 2012.

|  |  |
|---|---|
| Judy Jarecki-Black, Ph.D. | */s/ Nadya Sand* |
| (judy.jarecki@merial.com) | Edward D. Tolley |
| Georgia Bar No. 801698 | (etolley@mindspring.com) |
| MERIAL LIMITED | Georgia Bar No. 714300 |
| 3239 Satellite Blvd. | COOK NOELL TOLLEY & BATES LLP |
| Duluth, Georgia 30096-4640 | 304 East Washington Street |
| Tel.: (678) 638-3805 | P.O. Box 1927 |
| Fax: (678) 638-3350 | Athens, GA 30603-1927 |
|  | Tel.: (706) 549-6111 |
|  | Fax: (706) 548-0956 |
| J. Patrick Elsevier, Ph. D. | Frank G. Smith, III, Esq. |
| (jpelsevier@jonesday.com) | (frank.smith@alston.com) |
| Georgia Bar No. 246694 | Ga. Bar No. 657550 |
| JONES DAY | Jason D. Rosenberg, Esq. |
| 12265 El Camino Real | (jason.rosenberg@alston.com) |
| Suite 200 | Ga. Bar No. 510855 |
| San Diego, California 92130-4096 | Matthew W. Howell, Esq. |
| Tel.: (858) 314-1200 | (matthew.howell@alston.com) |
| Fax.: (858) 314-1150 | Ga. Bar No. 607080 |
|  | Nadya M. Sand, Esq. |
|  | (nadya.sand@alston.com) |
|  | Ga. Bar. No. 156051 |
|  | ALSTON & BIRD LLP |
|  | One Atlantic Center |
|  | 1201 West Peachtree Street |
|  | Atlanta, Georgia 30309-3424 |
|  | Telephone: 404.881.7000 |

*Counsel for Plaintiffs Merial Limited and Merial SAS*

                                             */s/   Michael S. French*

**PAGE, SCRANTOM, SPROUSE,**         **WARGO & FRENCH LLP**
**TUCKER & FORD, P.C.**                   Joseph D. Wargo
William L. Tucker                           Georgia Bar No. 355045
Ga. Bar No.: 718050                     (jwargo@wargofrench.com)
James C. Clark, Jr.                       Michael S. French, Esq.
Ga. Bar No.: 127145                     Georgia Bar No. 276680
Thomas F. Gristina                      mfrench@wargofrench.com
Ga. Bar No.: 452454                     Michael Wolak III
1111 Bay Avenue, Third Floor       Georgia Bar No. 773197
Columbus, Georgia 31901              999 Peachtree Street, NE
Tel:  (706) 324-0251                      26th Floor
                                                   Atlanta, Georgia 30309
                                                   Tel:  (404) 853-1500

**DEBEVOISE & PLIMPTON LLP**      **VELCERA INC.**
Bruce P. Keller                             Manya S. Deehr
(bpkeller@debevoise.com)             777 Township Line Rd.
David H. Berstein                         Suite 170
(dhbernstein@debevoise.com)       Yardley, PA 19067-5508
919 Third Avenue                          Tel:  (267) 757-3625
New York, New York 10022
Tel:  (212) 909-6000

*Attorneys for Defendants Velcera, Inc. and FidoPharm, Inc.*

**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION**

| | |
|---|---|
| MERIAL LIMITED and MERIAL SAS,<br><br>Plaintiffs,<br><br>v.<br><br>VELCERA, INC. and FIDOPHARM, INC.,<br><br>Defendants,<br><br>and<br><br>VELCERA, INC. and FIDOPHARM, INC.,<br><br>Counterclaim-Plaintiffs,<br><br>v.<br><br>MERIAL LIMITED and MERIAL SAS,<br><br>Counterclaim-Defendants. | Case Number 3:11-CV-157 (CDL) |

**CERTIFICATE OF SERVICE**

I hereby certify that on September 4th, 2012, I electronically filed the foregoing pleading with the Clerk of Court using the CM/ECF system which will provide notification of this filing to all attorneys of record.

Dated:  September 4, 2012         *s/ Nadya Sand*
Nadya M. Sand, Esq.
(nadya.sand@alston.com)
Ga. Bar. No. 156051
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Tel.: (404) 881-7000

*Counsel for Plaintiffs Merial Limited and Merial SAS*